OPINION — AG — ** PUBLIC TRUST — FIRE DEPARTMENT — CREATION — LIABILITY ** ALTHOUGH THE BOARD OF COUNTY COMMISSIONERS CANNOT CREATE A PUBLIC TRUST, IT CAN ACCEPT THE BENEFICIAL INTEREST IN A PUBLIC TRUST AS PROVIDED FOR IN 69 O.S. 176 [69-176] . IT WOULD NOT POSSESS GOVERNMENTAL IMMUNITY FROM SUIT OR LIABILITY. (SOVEREIGN IMMUNITY, TORT, FIRE DEPARTMENT, COUNTY, MUNICIPALITY) CITE: ARTICLE V, SECTION 41, 19 O.S. 901.1 [19-901.1], 19 O.S. 901.26 [19-901.26], 19 O.S. 351.1 [19-351.1], 11 O.S. 361 [11-361] 11 O.S. 380 [11-380], 60 O.S. 177 [60-177], 60 O.S. 179 [60-179] (W. J. MONROE)